DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS J. DOWLING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2979

[February 19, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502019CF006767AXXXMB.

Thomas J. Dowling, Boynton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***